MISTY A. MURRAY (SBN 196870)
Misty.Murray@maynardcooper.com
ALISON J. SHILLING (SBN 340154)
AShilling@maynardcooper.com
MAYNARD, COOPER & GALE LLP
10100 Santa Monica Blvd., Suite 550
Los Angeles, CA 90067-3476
Telephone: 310-596-4500

Attorneys for Plaintiff
JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>Plaintiff,<br><br>vs.<br><br>TINA CHUANG, ANTHONY SU, CHIANG "KEN" CHANG and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  4:22-cv-05497-HSG<br><br>(Honorable Haywood S. Gilliam, Jr.)<br><br>**STIPULATION FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT**<br><br>[LR 6-1(b)]<br><br>[Proposed Order filed concurrently]<br><br>Complaint Filed: September 27, 2022 |

# **STIPULATION**

Pursuant to 6-1(b) of the Local Rules of Practice for the United States District Court for the Northern District of California, Plaintiff John Hancock Life Insurance Company (USA) ("Plaintiff") and Defendants Tina Chuang, Anthony Su, and Chiang "Ken" Chang ("Defendants"), by and through their counsel of record, hereby jointly request that the Court extend the time within which the parties can complete the settlement of this matter based on the following:

Plaintiff filed this action against Defendants on September 27, 2022 (Dkt#1), and timely served Defendants with the Summons and Complaint (Dkt #11, #12, #13).

Subsequent to the filing of the Complaint, Plaintiff and Defendants commenced settlement discussions and reached a settlement in principal, and the Parties timely submitted a Notice of Settlement to the Court (Dkt #23). At that time, the Parties anticipated needing 45 days to complete the settlement, and the Court issued an order on December 29, 2022 stating, in part, that if within 45 days from the date of that Order (i.e., by February 13, 2023), "the agreed consideration for said settlement had not been delivered, the Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial" (Dkt #24);

Since the Court's Order, the Parties have completed a written settlement agreement and each Defendant has signed the agreement. However, additional time is needed for delivery of the settlement consideration. Therefore, the parties jointly request that the Court extend the deadline to complete the settlement to March 3, 2023.

The foregoing request is not being made for any improper purpose or delay, but is being made in good faith. Good cause exists to grant the joint request so the Parties can complete the agreed upon settlement and conserve attorney time and judicial resources.

**IT IS SO STIPULATED.**

DATED:    January 31, 2023                           MAYNARD COOPER & GALE LLP

By: */s/ Misty A. Murray*
MISTY A. MURRAY
ALISON J. SHILLING
Attorneys for Plaintiff John Hancock Life
Insurance Company (U.S.A.)

1  DATED:     January 31, 2023                    LANGE THOMAS & MCMULLEN LLP

                                              By: */s/ George Dowell*
                                                  GEORGE DOWELL
                                                  Attorneys for Defendants Tina Chuang,
                                                  Anthony Su, Chiang "Ken" Chang

<u>*Filer's Attestation*</u>*:* Pursuant to Local Rule 5-1(h) regarding signatures, I, Misty A. Murray hereby attest that concurrence in the filing of this document and its content has been obtained by all signatories listed.

Dated: January 31, 2023                              <u>*/s/ Misty A. Murray*   </u>
                                                      Misty A. Murray

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>             Plaintiff,<br><br>      vs.<br><br>TINA CHUANG, ANTHONY SU, CHIANG "KEN" CHANG and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.  4:22-cv-05497-HSG<br><br>(Honorable Haywood S. Gilliam, Jr.)<br><br>**ORDER ON STIPULATION FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT**<br><br>[LR 6-1(b)]<br><br>[Stipulation filed concurrently]<br><br>Complaint Filed: September 27, 2022 |

**ORDER**

Having received the Parties' Stipulation for an Extension of Time to Complete the Settlement, AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Parties shall have up to and including March 3, 2023 to complete the settlement of this matter.

If any party hereto shall certify to this Court on or before March 3, 2023, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered, the Court's Order for Conditional Dismissal dated December 29, 2022 (Dkt #24) shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: 2/1/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge